UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:
    Michael K Baker
    Tina M Pondexter-Baker
        Debtor(s)

Case No. 12 B 28097

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/16/2012.

2) The plan was confirmed on 12/03/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/03/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/29/2013.

5) The case was Dismissed on 12/16/2013.

6) Number of months from filing to last payment: 14.

7) Number of months case was pending: 19.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $15,001.50 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $15,001.50

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,537.50 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $636.16 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,173.66

Attorney fees paid and disclosed by debtor:   $350.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| A All Financial | Unsecured | 327.80 | NA | NA | 0.00 | 0.00 |
| AAA Checkmate LLC | Unsecured | 625.00 | 1,583.38 | 1,583.38 | 0.00 | 0.00 |
| AFNI | Unsecured | 824.00 | NA | NA | 0.00 | 0.00 |
| American Collection Corp | Unsecured | 188.00 | NA | NA | 0.00 | 0.00 |
| Americas Recovery Network | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| Americas Recovery Network | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| Argent Financial | Unsecured | 761.00 | NA | NA | 0.00 | 0.00 |
| Armour System | Unsecured | 774.00 | NA | NA | 0.00 | 0.00 |
| Armour System | Unsecured | 1,332.00 | NA | NA | 0.00 | 0.00 |
| Armour System | Unsecured | 1,226.00 | NA | NA | 0.00 | 0.00 |
| Armour System | Unsecured | 1,065.00 | NA | NA | 0.00 | 0.00 |
| Arrow Financial Services | Unsecured | 486.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | NA | 1,166.45 | 1,166.45 | 0.00 | 0.00 |
| Cavalry Portfolio Services | Unsecured | 2,255.44 | 2,779.43 | 2,779.43 | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 8,390.48 | 10,896.20 | 10,896.20 | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 1,555.62 | 3,455.57 | 3,455.57 | 0.00 | 0.00 |
| Contract Callers | Unsecured | 1,464.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 1,481.00 | NA | NA | 0.00 | 0.00 |
| EOSCCA | Unsecured | 107.00 | NA | NA | 0.00 | 0.00 |
| EOSCCA | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| First Cash Advance | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Galway Financial Services LLC | Unsecured | 0.00 | 585.00 | 585.00 | 0.00 | 0.00 |
| Gentle Breeze | Unsecured | 398.00 | NA | NA | 0.00 | 0.00 |
| Harvard Collection Services In | Unsecured | 402.00 | NA | NA | 0.00 | 0.00 |
| Hydra Fund 1 | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| IDA LLC | Secured | 11,724.93 | 11,759.83 | 11,759.83 | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 0.00 | 952.81 | 952.81 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 15.80 | 15.80 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 250.00 | 158.00 | 158.00 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 3,308.00 | 3,944.35 | 3,944.35 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 5,000.00 | 9,460.31 | 9,460.31 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Unsecured | 3,498.82 | NA | NA | 0.00 | 0.00 |
| Keynote Consulting | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| Lifeline Ltd. | Unsecured | 266.82 | NA | NA | 0.00 | 0.00 |
| M3 Financial Services | Unsecured | 178.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | 629.00 | 288.83 | 288.83 | 0.00 | 0.00 |
| NCO Financial Services Inc | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Services Inc | Unsecured | 1,486.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Services Inc | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Services Inc | Unsecured | 849.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Services Inc | Unsecured | 211.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Services Inc | Unsecured | 1,770.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 352.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 1,151.00 | 1,599.86 | 1,599.86 | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 1,106.00 | NA | NA | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 837.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 85.00 | 77.75 | 77.75 | 0.00 | 0.00 |
| Pinnacle Fincial Group Inc | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| Professional Account Management | Unsecured | 944.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 1,089.00 | 1,135.36 | 1,135.36 | 0.00 | 0.00 |
| R & R Country Motors | Unsecured | 6,264.42 | NA | NA | 0.00 | 0.00 |
| Select Portfolio Servicing | Secured | 137,769.00 | 187,749.18 | 134,969.20 | 0.00 | 0.00 |
| Select Portfolio Servicing | Secured | 52,779.98 | 52,779.98 | 52,779.98 | 10,827.84 | 0.00 |
| Sigma Solutions | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| State Collection Service | Unsecured | 1,485.00 | NA | NA | 0.00 | 0.00 |
| TJ Auto | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $134,969.20 | $0.00 | $0.00 |
| Mortgage Arrearage | $52,779.98 | $10,827.84 | $0.00 |
| Debt Secured by Vehicle | $11,759.83 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$199,509.01** | **$10,827.84** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $4,102.35 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$4,102.35** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$33,996.75** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,173.66 |
| Disbursements to Creditors | $10,827.84 |
| **TOTAL DISBURSEMENTS** : | **$15,001.50** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/18/2014     By: /s/ Marilyn O. Marshall
                                                                  Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**